IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-CR-045 JAM |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER CONTINUING SENTENCING HEARING |
| DONALD RECTOR, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

For the reasons set forth in the stipulation of the parties, filed on February 14, 2012, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for February 28, 2012, be vacated and that the case be set for **Tuesday, May 1, at 9:30 a.m.**

Dated: 2/14/2012

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE